```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 04112
   THOMAS J RIGGINS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0888

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/13/2006 and was confirmed 06/05/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/23/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                              PAID             PAID
--------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE   SECURED           22472.22         4713.16          2102.32
ADT                        UNSECURED         NOT FILED           .00              .00
AZULAY PC                  UNSECURED         NOT FILED           .00              .00
BALLYS TOTAL FITNESS       NOTICE ONLY       NOT FILED           .00              .00
CAPITAL ONE BANK           UNSECURED         NOT FILED           .00              .00
FORD MOTOR CREDIT          UNSECURED          5791.69            .00              .00
INSTA CASH                 UNSECURED         NOT FILED           .00              .00
NORTHWESTERN MEDICAL FAC   UNSECURED         NOT FILED           .00              .00
PALISADE COLLECTION        UNSECURED         NOT FILED           .00              .00
POLO TOWERS                UNSECURED         NOT FILED           .00              .00
PRESTIGE MAILIN            UNSECURED         NOT FILED           .00              .00
R SUNDARESAN               UNSECURED         NOT FILED           .00              .00
SUNRISE CREDIT             UNSECURED         NOT FILED           .00              .00
AMERICREDIT FINANCIAL SE   UNSECURED         NOT FILED           .00              .00
MACEY & ALEMAN             DEBTOR ATTY        2,259.00                            .00
TOM VAUGHN                 TRUSTEE                                              374.52
DEBTOR REFUND              REFUND                                                 .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   7,190.00

PRIORITY                                              .00
SECURED                                           2,102.32
     INTEREST                                     4,713.16
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               374.52
DEBTOR REFUND                                         .00
                                        ---------------   ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 04112 THOMAS J RIGGINS
```

```
TOTALS                              7,190.00              7,190.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 10/18/07                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```